

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN THE INTEREST OF I. M., L. C. M. AND K. I. S., CHILDREN, | § | No. 08-21-00107-CV |
| | § | Appeal from the |
| Appellant. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2020DCM2352) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **September 2, 2021**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Celia Villasenor, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before September 2, 2021.

IT IS SO ORDERED this 23rd day of August, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.), sitting by assignment